# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-17282 TBM |
| TOP THAT COMMERCIAL ROOFING INC. ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## ORDER DISALLOWING CLAIM NO. 1-1 F BEACON BUILDING PRODUCTS

THIS MATTER comes before the Court on the Objection to Claim No. 1-1 of Beacon Building Products pursuant to Fed.R.Bankr.P. 3007(a) and L.B.R. 3007-1 (the "Objection"), filed by Top That Commercial Roofing, Inc. (the "Debtor"), and the Debtor asserting that proper notice of the Objection has been served and being fully advised in the premises, hereby

ORDERS that the Objection is SUSTAINED and Claim No. 1-1, as designated in the official claims register for this case, filed by Beacon Building Products is hereby DISALLOWED in its entirety.

Dated: _____, 2021.

BY THE COURT:

_____
Hon. Thomas B. McNamara
United States Bankruptcy Court