# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-17282 TBM |
| TOP THAT COMMERCIAL ROOFING INC. ) | |
| ) | Chapter 11 |
| Debtor. ) | |

### LIMITED OBJECTION TO CLAIM NO. 3-1 OF THOMAS R. KOWALSKI REVOCABLE TRUST PURSUANT TO FED.R.BANKR.P. 3007(a) AND L.B.R. 3007-1

Top That Commercial Roofing, Inc (the "Debtor"), by and through its counsel, Wadsworth Garber Warner Conrardy, P.C., files this *Limited Objection to Claim No. 3-1 of Thomas R. Kowalski Revocable Trust Pursuant to Fed.R.Bankr.P. 3007(a) and L.B.R. 3007-1*, and in support thereof states as follows:

1. Debtor filed its voluntary petition for relief under chapter 11 of title 11 of the United States Code ("Bankruptcy Code") on November 6, 2020 (the "Petition Date"). On June 25, 2021, the Court entered its *Order Confirming Debtor's Amended Plan of Reorganization for Small Business and Order to Debtor Regarding Filing Notice of Substantial Consummation* (the "Confirmation Order"). Docket No. 231.

2. On December 3, 2020, Thomas R. Kowalski Revocable Trust (the "Trust") filed Claim 3-1 (the "Claim") as it has been denominated in the official claims register for this case. The Claim is an unsecured claim in the amount of $92,000.00 for "Lease payments for office / warehouse. $5,075 /month. 16 months remaining on lease." Monthly lease payments were $5,075 and the lease expired on February 28, 2022 unless terminated earlier.

3. During the case Debtor vacated the leased premises. The lease subject to the Claim was rejected in the *Amended Plan of Reorganization for Small Business and Order to Debtor Regarding Filing Notice of Substantial Consummation* (the "Plan"). Docket No. 230. Pursuant to the Plan, a claim for lease rejection damages was to be filed no later than 30 days after the Confirmation Order. *See* Plan at Art. 6.01(b).

4. No claim was filed for lease rejection damages; thus, the Claim should be limited to $5,175. Alternatively, the Claim should be limited to the amounts set forth in 11 U.S.C. § 502(b)(6).

5. Debtor reserves all rights to amend this objection.

WHEREFORE, Debtor respectfully requests that this Court enter an order in the form attached hereto sustaining the objection, partially disallowing the Claim, and granting such other and further relief as the Court deems proper.

DATED this 8th day of September 2021.

Respectfully submitted,

WADSWORTH GARBER WARNER CONRARDY, P.C.

*/s/ Aaron J. Conrardy*
Aaron J. Conrardy, #40030
2580 West Main Street, Suite 200
Littleton, Colorado 80120
(303) 296-1999 / (303) 296-7600 FAX
aconrardy@wgwc-law.com
*Attorneys for Top That Commercial Roofing, Inc.*