**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-17282 TBM |
| TOP THAT COMMERCIAL ROOFING INC. ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**OBJECTION TO CLAIM NO. 8-1 OF 4240 KIPLING LLC PURSUANT TO**
**FED.R.BANKR.P. 3007(a) AND L.B.R. 3007-1**

Top That Commercial Roofing, Inc (the "Debtor"), by and through its counsel, Wadsworth Garber Warner Conrardy, P.C., files this *Objection to Claim No. 8-1 of 4240 Kipling LLC Pursuant to Fed.R.Bankr.P. 3007(a) and L.B.R. 3007-1*, and in support thereof states as follows:

1. Debtor filed its voluntary petition for relief under chapter 11 of title 11 of the United States Code ("Bankruptcy Code") on November 6, 2020 (the "Petition Date"). On June 25, 2021, the Court entered its *Order Confirming Debtor's Amended Plan of Reorganization for Small Business and Order to Debtor Regarding Filing Notice of Substantial Consummation*. Docket No. 231.

2. On January 8, 2021, 4240 Kipling LLC ("Kipling") filed Claim 8-1 (the "Claim") as it has been denominated in the official claims register for this case. The Claim is an unsecured claim in the amount of $226,304.07 for alleged damages related to facts and circumstances described in more detail in the case captioned *4240 Kipling, LLC v. Top That Commercial Roofing, Inc.*, pending before the District Court for Jefferson County, Colorado, Case No. 2019CV31197 (the "State Court Case").

3. Debtor disputes Kipling's allegations in the State Court Case and the parties concluded a trial on July 1, 2021. The parties have submitted closing arguments and proposed findings of fact and conclusions of law to the state court and are awaiting a ruling. Accordingly, the Claim should either be disallowed or fixed in an amount consistent with the entry of a final non-appealable order in the State Court Case, pursuant to 11 U.S.C. § 502(b)(1).

4. Debtor reserves all rights to amend this objection.

WHEREFORE, Debtor respectfully requests that this Court enter an order in the form attached hereto sustaining the objection and granting such other and further relief as the Court deems proper.

DATED this 8th day of September 2021.

Respectfully submitted,

WADSWORTH GARBER WARNER CONRARDY, P.C.

*/s/ Aaron J. Conrardy*
Aaron J. Conrardy, #40030
2580 West Main Street, Suite 200
Littleton, Colorado 80120
(303) 296-1999 / (303) 296-7600 FAX
aconrardy@wgwc-law.com
*Attorneys for Top That Commercial Roofing, Inc.*