# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-17282 TBM |
| TOP THAT COMMERCIAL ROOFING INC. ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## OBJECTION TO CLAIM NO. 10-1 OF CDS PROPERTY INVESTMENTS, LLC PURSUANT TO FED.R.BANKR.P. 3007(a) AND L.B.R. 3007-1

Top That Commercial Roofing, Inc (the "Debtor"), by and through its counsel, Wadsworth Garber Warner Conrardy, P.C., files this *Objection to Claim No. 10-1 of CDS Property Investments, LLC Pursuant to Fed.R.Bankr.P. 3007(a) and L.B.R. 3007-1*, and in support thereof states as follows:

1. Debtor filed its voluntary petition for relief under chapter 11 of title 11 of the United States Code ("Bankruptcy Code") on November 6, 2020 (the "Petition Date"). On June 25, 2021, the Court entered its *Order Confirming Debtor's Amended Plan of Reorganization for Small Business and Order to Debtor Regarding Filing Notice of Substantial Consummation*. Docket No. 231.

2. On January 8, 2021, CDS Property Investments, LLC ("CDS") filed Claim 10-1 (the "Claim") as it has been denominated in the official claims register for this case. The Claim is an unsecured claim in the amount of $142,911.00 related to property with the address of 4971 South Rio Grande Street in Littleton, Colorado (the "Property".) Prior to the Petition Date, Debtor provide roof repair maintenance services to the Property and was not paid amounts due and owing of at least $104,000. CDS asserts that the roof was not properly installed and must be replaced, which Debtor disputes. Prior to the Petition Date, a complaint was filed in the District Court for Douglas County, Colorado, by Debtor and CDS filed counterclaims, Case No. 2020CV30033 (the "State Court Case"). The claims and counterclaims in the State Court Case remain unresolved.

3. Accordingly, the Claim should either be disallowed or fixed in amount consistent with the entry of a final non-appealable order in the State Court Case, pursuant to 11 U.S.C. § 502(b)(1). Alternatively, the Claim should be estimated pursuant to 11 U.S.C. § 502(c) because it is contingent and unliquidated.

4. Should the Claim be amended, Debtor reserves all rights to amend this objection.

WHEREFORE, Debtor respectfully requests that this Court enter an order in the form attached hereto sustaining the objection, and granting such other and further relief as the Court deems proper.

DATED this 8th day of September 2021.

Respectfully submitted,

WADSWORTH GARBER WARNER CONRARDY, P.C.

*/s/ Aaron J. Conrardy*
Aaron J. Conrardy, #40030
2580 West Main Street, Suite 200
Littleton, Colorado 80120
(303) 296-1999 / (303) 296-7600 FAX
aconrardy@wgwc-law.com
*Attorneys for Top That Commercial Roofing, Inc.*