# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-17282 TBM |
| TOP THAT COMMERCIAL ROOFING INC. ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## OBJECTION TO CLAIM NO. 14-3 OF ATLANTIC CASUALTY INSURANCE COMPANY PURSUANT TO FED.R.BANKR.P. 3007(a) AND L.B.R. 3007-1

Top That Commercial Roofing, Inc (the "Debtor"), by and through its counsel, Wadsworth Garber Warner Conrardy, P.C., files this *Objection to Claim No. 14-3 of Atlantic Casualty Insurance Company Pursuant to Fed.R.Bankr.P. 3007(a) and L.B.R. 3007-1*, and in support thereof states as follows:

1.  Debtor filed its voluntary petition for relief under chapter 11 of title 11 of the United States Code ("Bankruptcy Code") on November 6, 2020 (the "Petition Date"). On June 25, 2021, the Court entered its *Order Confirming Debtor's Amended Plan of Reorganization for Small Business and Order to Debtor Regarding Filing Notice of Substantial Consummation*. Docket No. 231.

2.  On September 8, 2021, Atlantic Casualty Insurance Company filed Claim 14-3 (the "Claim") as it has been denominated in the official claims register for this case. The Claim is an unsecured claim in the amount of $283,011.96 relating to a reservation of rights pursuant to a duty to defend under a certain insurance policy as more specifically set forth in the Claim. The Claim consists of $76,865.96 in attorney fees and costs incurred prior to the Petition Date; $2,146.00 in attorney fees and costs incurred after the Petition Date; and $204,000 of estimated attorney fees and costs. If it is determined that the applicable policy provides coverage, then Debtor will not be liable for any amounts below the policy limits.

3.  The Claim should therefore be disallowed unless, and until, (a) coverage is determined, and (b) if there is not coverage or the amounts exceed policy limits, a determination is made as to the reasonableness of the attorney fees and costs. Alternatively, the Claim should be estimated pursuant to 11 U.S.C. § 502(c) because it is contingent and unliquidated.

4.  Debtor reserves all rights to amend this objection.

WHEREFORE, Debtor respectfully requests that this Court enter an order in the form attached hereto sustaining the objection, entirely disallowing the Claim, and granting such other and further relief as the Court deems proper.

DATED this 8th day of September 2021.

        Respectfully submitted,

        WADSWORTH GARBER WARNER CONRARDY, P.C.

        */s/ Aaron J. Conrardy*
        Aaron J. Conrardy, #40030
        2580 West Main Street, Suite 200
        Littleton, Colorado 80120
        (303) 296-1999 / (303) 296-7600 FAX
        aconrardy@wgwc-law.com
        *Attorneys for Top That Commercial Roofing, Inc.*