## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-17282 TBM |
| TOP THAT COMMERCIAL ROOFING INC. ) | |
| ) | Chapter 11 |
| Debtor. ) | |

### OBJECTION TO CLAIM NO. 16-1 OF ALLSTATE INDEMNITY COMPANY PURSUANT TO FED.R.BANKR.P. 3007(a) AND L.B.R. 3007-1

Top That Commercial Roofing, Inc (the "Debtor"), by and through its counsel, Wadsworth Garber Warner Conrardy, P.C., files this *Objection to Claim No. 16-1 of Allstate Indemnity Company Pursuant to Fed.R.Bankr.P. 3007(a) and L.B.R. 3007-1*, and in support thereof states as follows:

1.  Debtor filed its voluntary petition for relief under chapter 11 of title 11 of the United States Code ("Bankruptcy Code") on November 6, 2020 (the "Petition Date"). On June 25, 2021, the Court entered its *Order Confirming Debtor's Amended Plan of Reorganization for Small Business and Order to Debtor Regarding Filing Notice of Substantial Consummation*. Docket No. 231.

2.  On January 15, 2021, Allstate Indemnity Company filed Claim 16-1 (the "Claim") as it has been denominated in the official claims register for this case. The Claim is an unsecured claim in the amount of $85,008.85 for "Property damage due to negligence." The Claim is not accompanied by any supporting documentation.

3.  The Claim should be disallowed in its entirety because it lacks any supporting documentation. *In re Kirkland*, 572 F.3d 838, 840-841 (10th Cir. 2009) (proof of claim filed without any supporting documentation disallowed after trustee objected, and creditor never presented any evidence of claim).

4.  Should the Claim be amended, Debtor reserves all rights to amend this objection.

WHEREFORE, Debtor respectfully requests that this Court enter an order in the form attached hereto sustaining the objection, entirely disallowing the Claim, and granting such other and further relief as the Court deems proper.

DATED this 8th day of September 2021.

Respectfully submitted,

WADSWORTH GARBER WARNER CONRARDY, P.C.

<u>/s/ Aaron J. Conrardy</u>
Aaron J. Conrardy, #40030
2580 West Main Street, Suite 200
Littleton, Colorado 80120
(303) 296-1999 / (303) 296-7600 FAX
aconrardy@wgwc-law.com
*Attorneys for Top That Commercial Roofing, Inc.*